# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

July 22, 2026

**VIA CM/ECF**
Honorable Magistrate Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Norris v. Chicken Insider Corp., et al.***
**Case 1:26-cv-03480-AS**

Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for July 30, 2026, at 3:30 p.m. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 8 & 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Case Management Plan is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

GRANTED. The remote initial pretrial conference is adjourned to Thursday, **September 10, 2026, at 2:30 PM**. Same dial-in information.

The joint letter and proposed case management plan are now due by September 2, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 23, 2026